```
1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00019-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION, STIPULATION AND ORDER REGARDING RULE 35 REDUCTION IN SENTENCE |
| v. | ) | |
| TRUNEL BUTLER, | ) ) | |
| Defendant. | ) | |

Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States hereby moves for a reduction in the sentence of Trunel Butler from 75 months to 48 months.  The parties hereby stipulate that this reduction is appropriate and may be ordered by the court without the matter being placed on calendar and without the presence of the defendant.  Fed. R. Crim Pro. 43(b)(4).

///
///
///
///
///
///

1

```
                                     McGREGOR W. SCOTT
                                     United States Attorney

DATED: July 21, 2005         By  /s/ Mary L. Grad
                                 MARY L. GRAD
                                 Assistant U.S. Attorney


                                 /S/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Counsel for Trunel Butler


IT IS SO ORDERED.

 Dated: July 30, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
```

2