UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>TRUNEL BUTLER,<br><br>    Movant. | No. 2:04-cr-0019 MCE AC<br><br><br><br>ORDER |

Movant, a former federal prisoner proceeding pro se, has filed a motion to arrest judgment pursuant to Federal Rule of Criminal Procedure 34. ECF No. 200. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2016, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 218. Movant has filed objections to the findings and recommendations. ECF No. 220.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2016 (ECF No. 218), are ADOPTED in full.

2. Movant's motion to arrest judgment (ECF No. 200) is DENIED.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE